# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$12,900.00 IN UNITED STATES CURRENCY,<br><br>Defendant. | 3:17-cv-739-HDM-WGC<br><br>JUDGMENT OF FORFEITURE |

A verified Complaint for Forfeiture in Rem was filed on December 28, 2017. The Complaint alleges that the defendant U.S. Currency described in the caption, and all of such U.S. Currency, is property which constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act (21 U.S.C. § 801, et seq.) or constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance or listed chemical in violation of Title II of the Controlled Substances Act and is, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

Process was fully issued in this action and returned according to law.

Pursuant to a Summons and Warrant of Arrest in Rem for the Property issued by this Court on January 2, 2018, the United States Marshals Service arrested the defendant property on January 16, 2018.

Appropriate public notice of this forfeiture action and arrest was given to all persons and entities by publication of an appropriate notice via the official internet government forfeiture site,

1

www.forfeiture.gov, compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Statutory notice of this action compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, was given to known prospective claimants, including Duran James Jones, Jaccob Porter Pate, Kara Mason, and Virginia Mason.

No verified claim, answer, or other permissible response has been filed by any person in accordance with Rule G(5)(b), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the time provided by Rule G(5) for the filing of such a response has expired.

Default was entered on March 14, 2018, of the defendant funds and all other persons or entities who claim an interest in the defendant property including Duran James Jones, Jaccob Porter Pate, Kara Mason, and Virginia Mason.

Now, therefore, good cause appearing, it is hereby ORDERED, ADJUDGED, AND DECREED that Judgment be and is entered against the defendant,

$12,900.00 IN UNITED STATES CURRENCY,

and against all persons and/or entities, having any interest in such property and that the defendant property be, and the same is, hereby forfeited to the United States of America and no right, title, or interest in the defendant property shall exist in any other party. The defendant property shall be disposed of according to law.

DATED _____ March 19 \_, 2018.

_Howard D McKibben_
UNITED STATES DISTRICT JUDGE